IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>HENRY CERVANTES, et al.,<br><br>    Defendants.<br>_____ | **Case No. CR 12-0792-YGR**<br><br>**ORDER APPOINTING COUNSEL IN A DEATH PENALTY ELIGIBLE CASE (18 U.S.C. §3599(a)(1))**<br><br>**Dept: The Honorable Kandis A. Westmore, Magistrate Judge** |

Pursuant to 18 U.S.C. §3599(a)(1), IT IS ORDERED, that attorney John T. Philipsborn, California State Bar No. 83944, and a member of the bar of this Court, is appointed to represent Henry Cervantes in the above-entitled case. This Order is issued in part to facilitate Mr. Philipsborn's identification as counsel of record for the purposes of visiting with Mr. Cervantes in custodial facilities pending further order of this Court.

Dated: 1/18/13

THE HONORABLE KANDIS A. WESTMORE
MAGISTRATE JUDGE

**ORDER APPOINTING COUNSEL IN A DEATH PENALTY ELIGIBLE CASE (18 U.S.C. §3599(f))**     1