IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HENRY CERVANTES et al.,<br><br>Defendants.<br>_____ / | No. CR 12-792 YGR<br><br>**ORDER REGARDING PENDING MOTION FOR RULE 12.2 EXAMINATION** |

The government moves for an order to require that Defendant Henry Cervantes (H. Cervantes) submit to a mental examination pursuant to Federal Rule of Criminal Procedure 12.2 (Docket No. 897). H. Cervantes has responded regarding the government's proposed examination order (Docket No. 903). Preferably in advance of the February 12, 2016 pretrial conference, the government and counsel for H. Cervantes shall meet and confer regarding a form of proposed order for an examination pursuant to Rule 12.2 and provide the same to the Court, so that the Court can evaluate what procedures, if any, are in dispute.

**IT IS SO ORDERED.**

Dated: February 5, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**