UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** April 8, 2016          **Time:** 9:36am-11:39am ;          **Judge:** YVONNE GONZALEZ ROGERS

11:58am-12:00pm; 12:15pm-

1:20pm.

**Case No.:** 12-cr-00792-          **Case Name:** UNITED STATES v. Henry Cervantes[present; in custody]

YGR-1,2,4,12          Alberto Larez [present; in custody]; Jaime Cervantes[present; in custody]

Andrew Cervantes[present; in custody]

**Attorney for Plaintiff: AUSA Joseph Alioto, William Frentzen, Robert Tully**
**Attorney for Defendants: Deft Henry Cervantes: John Philipsborn**
 **Deft Alberto Larez: Brian Getz**
 **Deft Jaime Cervantes: Randy Sue Pollock**
 **Deft Andrew Cervantes: K. Alexandra McClure**
Re Motion to Quash:  **James R. Ross for County of Shasta**

**Deputy Clerk:** Frances Stone                    **Court Reporter:** Raynee Mercado
**Interpreter:** not needed                    **Probation Officer:** not needed

### PROCEEDINGS
## FURTHER PRETRIAL CONFERENCE-HELD

Shasta County's  Objection to Subpoenae and Motion for Order Quashing Subpoenae [Dkt. No.
1069]-  HELD and submitted

Regarding Magistrate Judge Cousins Order of Recusal [Dkt. no. 1080]- the Court  REFERS
**Discovery matters in this action to Magistrate Judge Westmore.**

**Defendant Andrew Cervantes Motions :**
Motion in Limine No. 1 [Dkt. no. 1021]- HELD and SUBMITTED
Motion in Limine No. 2 [Dkt. no. 1022]- HELD and SUBMITTED
Motion in Limine No. 3 [Dkt. no. 1023]- HELD and SUBMITTED
Motion in Limine No. 4 [Dkt. no. 1024]-HELD and SUBMITTED

Government's Motion for  Pretrial  Determination and  Admissibility  and Motion for
 Reconsideration of Larez Lockup Beating [Dkt. no. 1053]- HELD and SUBMITTED.

**CONTINUED ON NEXT PAGE**

**PAGE TWO- CONTINUED PAGE**
April 8, 2016

Government Motion to Augment Exhibit and Witness List [Dkt. no. 1057]- HELD and
SUBMITTED.
Government Motion to Condition Additional Defendant Peremptory Challenges on Additional
Government Peremptory Challenges [Dkt. no. 1029]- HELD and DENIED

Defendant Andrew Cervantes Motion to  to Continue Trial or Exclude Evidence of Uncharged
Racketeering Acts [Dkt. no. 989]- HELD and SUBMITTED.

COUNSEL TO SUBMIT by Monday, 4/11/16  by email to the Court a list of witnesses to be
included in the juror questionnaire. Editable form of the list is to be emailed to the proposed
order email box for the Court.

Discussion with counsel re days Court will NOT be in trial.
Friday July 1, 2016 no Trial will be held- dark day.
Friday, July 8, 2016 no Trial will be held-dark day

On 4/18/16 Counsel and Defendants are to be present in Courtroom 1 at 8:30am.

Government will let Court know availability of  Mr. Feeney.

Counsel to go to the Jury assembly room  as soon as this Pretrial Conference is completed
to review some hardship time screen questionnaires.

**CASE CONTINUED TO:  Monday 4/18/16 at 8:30am re Jury Selection**

**cc: MagRef Email: Magistrate Judge Westmore**

-------------------------------------------------------------------------------------------------------------------------
**EXCLUDABLE DELAY:**
Category
Begins
Ends