# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>    v.<br><br>HENRY CERVANTES, *et al.*,<br><br>    Defendants. | Case No.: 12-CR-0792 YGR<br><br>**ORDER REQUIRING GLUTEN FREE DIET FOR H. CERVANTES** |

The Court hereby **ORDERS** the United States Marshals Service and Alameda County Sheriff to provide defendant **Henry Cervantes, PFN UII018**, a gluten free diet throughout the pendency of his trial, which is scheduled to continue through the end of the summer.

**IT IS SO ORDERED**.

Date: May 3, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**